

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10028*

December 30, 2025

**BY ECF**

<span style="color:blue">Application GRANTED.
SO ORDERED.
Dated:  12/30/2025</span>

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

P. Kevin Castel
United States District Judge

Re:   *United States v. Solomon Aluko*, 25 Cr. 110 (PKC)

Dear Judge Castel:

It is the Government's understanding that defendant Solomon Aluko intends to enter a plea of guilty in the above-captioned case.  Accordingly, the Government respectfully requests that the Court set a date for a change of plea proceeding.  The Government has been informed that January 13, 2026 at 3:00 p.m. is convenient for the Court and the parties.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
Maggie Lynaugh
Qais Ghafary
Assistant United States Attorney
(212) 637-2448 / 2534